■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE CARNES, Appellant. [698 NYS2d 209] —Sentence unanimously affirmed. Memorandum: Defendant's notice of appeal recites that defendant is appealing only from the sentence. Contrary to defendant's contention, the notice of appeal does not encompass an appeal from the judgment (*see,* CPL 1.20 [14], [15]; 450.10 [1], [2]). The sentence is neither unduly harsh nor severe. (Appeal from Sentence of Cattaraugus County Court, Himelein, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.